### 11320.   CRUTCHFIELD *v.* GREEN, administrator.

BLOODWORTH, J.   " This court, by the constitutional amendment creating it, is limited in jurisdiction to the correction of errors in law alone, and therefore has no power to grant a new trial on the ground that the verdict is strongly contrary to the weight of evidence, if there is any evidence at all to support it." *Collins* v. *Broom,* 21 *Ga. App.* 420 (94 S. E. 645), and cases cited. In the order overruling the motion for new trial the judge said:   "No error of law is complained of, and the evidence authorized the verdict, and under the law and facts of this case I do not feel authorized to set aside the verdict." The trial judge, who has some discretion in setting aside a verdict on conflicting evidence, having refused a new trial, and no error of law having been committed, this court has no authority to interfere.

  *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
      DECIDED JUNE 15, 1920.

Foreclosure of mortgage; from Jones superior court — Judge Park.   December 27, 1919.

*J. C. Barron,* for plaintiff in error.

*F. Holmes Johnson,* contra.